VENABLE LLP
Colin B. Vandell (SBN 240653)
  cvandell@venable.com
Allison C. Nelson (SBN 319321)
  acnelson@venable.com
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone:  310.229.9900
Facsimile:   310.229.9901

*Attorneys for Defendant*
ELSA F. CALLAHAN

J S - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT J. HOPKINS,<br><br>              Plaintiff,<br><br>     v.<br><br>ELSA F. CALLAHAN,<br><br>              Defendant. | Case No. 5:23-cv-02347-SSS-SPx<br><br>Hon. Sunshine Suzanne Sykes<br>Courtroom 2<br><br>**FINAL JUDGMENT**<br><br>Action Filed:   November 16, 2023<br>Trial Date:      November 3, 2025 |

FINAL JUDGMENT

67553896

# FINAL JUDGMENT

Having considered the Motion for Summary Judgment filed by Defendant Elsa F. Callahan ("Callahan's Motion") and the Motion for Summary Judgment filed by Pro Se Plaintiff Robert J. Hopkins ("Hopkins' Motion"), as well as relevant legal authority, and the record in this case, the Court found that each of Plaintiff's claims is time-barred and thus granted Callahan's Motion in its entirety and denied Hopkins' Motion with prejudice.  ECF No. 64.

The Court thus hereby enters final judgment and **ORDERS, ADJUDGES, AND DECREES** as follows:

1. Plaintiff shall recover nothing from Defendant by way of his claims in the Complaint filed in this action;
2. Judgment is entered in favor of Defendant and against Plaintiff as to all of Plaintiff's claims in this action;
3. The action is hereby dismissed in its entirety on the merits and with prejudice;
4. Pursuant to Fed. R. Civ. P. 54, Defendant shall recover costs as the prevailing party in this action.

**IT IS SO ORDERED.**

Dated: September 17, 2025

HON. SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE

- 1 -
FINAL JUDGMENT

67553896